# UNITED STATES DISTRICT COURT

For the District of Massachusetts

OMNIPOINT HOLDINGS, INC.

V.

THE CITY OF LOWELL, THE CITY OF LOWELL
ZONING BOARD OF APPEALS and ALAN
KAZANJIAN, VESNA NUON, DONNA
MCMAHON, DAN SQUEGLIA and JACK FLYNN,
in their capacities as members of the
City of Lowell Zoning Board of Appeals

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05  10283 MLW**

FILED
CLERKS OFFICE
2005 FEB 25 P 3:19
U.S. DISTRICT COURT
DISTRICT OF MASS.

TO: (Name and address of Defendant)

Daniel Squeglia
33 Ursula Street
Lowell, MA  01854

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William A. Worth, Esq., of Prince, Lobel, Glovsky & Tye LLP, 585 Commercial Street, Boston, MA 02109-1024; (617) 456-8005

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                FEB 11 2005

CLERK                                       DATE

(By) DEPUTY CLERK

77626

I hereby certify and return that today, February 15, 2005, at 4:30 PM, I served a true and attested copy of the within Summons; Civil Cover Sheet, Category Sheet; and Complaint in this action upon the within named Daniel Squeglia, by giving in hand to Daniel Squeglia. Said service was effected at: 33 Ursula St., Lowell, MA 01854.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on February 15, 2005.

_____
**David H. Sullivan,** Constable
& Disinterested Person over Age 18.


Service & Travel:$55.00


**Butler and Witten**
Boston, MA
(617) 325-6455