# UNITED STATES DISTRICT COURT

For the District of Massachusetts

OMNIPOINT HOLDINGS, INC.

V.

THE CITY OF LOWELL, THE CITY OF LOWELL ZONING BOARD OF APPEALS and ALAN KAZANJIAN, VESNA NUON, DONNA MCMAHON, DAN SQUEGLIA and JACK FLYNN, in their capacities as members of the City of Lowell Zoning Board of Appeals

**SUMMONS IN A CIVIL CASE**

FILED
CLERKS OFFICE
2005 FEB 25 P 3: 19
U.S. DISTRICT COURT
DISTRICT OF MASS

CASE NUMBER:

**05  10283 MLW**

TO: (Name and address of Defendant)

Alan Kazanjian
129 Westview Road
Lowell, MA  01851

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William A. Worth, Esq., of Prince, Lobel, Glovsky & Tye LLP, 585 Commercial Street, Boston, MA 02109-1024; (617) 456-8005

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

FEB 1 1 2005

CLERK

DATE

(By) DEPUTY CLERK

I hereby certify and return that today, February 15, 2005, at 4:50 PM, I served a true and attested copy of the within Summons; Civil Cover Sheet, Category Sheet; and Complaint in this action upon the within named Alan Kazanjian, by leaving said copies with Sue Ellen Kazanjian (wife) at 129 Westview Road, Lowell, MA 01851 *his/her* last and usual abode. Furthermore, later this same day I mailed (first class postage prepaid) additional true and attested copies to the within named Alan Kazanjian, at 129 Westview Road, Lowell, MA 01851.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on February 15, 2005.

_____
**David H. Sullivan,** Constable
& Disinterested Person over Age 18.


Service & Travel: $55.00


**Butler and Witten**
Boston, MA
(617) 325-6455